463 A.2d 486

Quigley, et al. v. Trinsey, et al., Appellants.

Reconsideration Denied Aug. 23, 1983.

Petition for Allowance of Appeal Denied Feb. 8, 1984.

Argued June 8, 1982. John S. Trinsey, Jr., appellant, in propria persona; Franklin H. Spitzer, for appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Order affirmed.

461 A.2d 881

Reynard, Ltd., Appellant v. NHA. Pants Co.

Argued February 23, 1982. Joel Martin Scheer, for appellant; Cheryl Ann Klepper, for appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Order affirmed.